IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Davis, Clarence P | Case Number:  07 B 00298 |
| | Judge:  Wedoff, Eugene R |
| Printed:  11/20/07 | Filed:  1/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  November 14, 2007
Confirmed:  April 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,061.19 | |
| Secured: | | 713.72 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 292.41 |
| Trustee Fee: | | 55.06 |
| Other Funds: | | 0.00 |
| Totals: | 1,061.19 | 1,061.19 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Bennie W Fernandez | Administrative | 2,623.00 | 292.41 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | Credit Acceptance Corp | Secured | 7,243.51 | 713.72 |
| 4. | HomeComings Financial Network | Secured | 17,613.21 | 0.00 |
| 5. | Fairlane Credit L.L.C. | Unsecured | 6,863.83 | 0.00 |
| 6. | Jefferson Capital | Unsecured | 1,244.73 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 794.00 | 0.00 |
| 8. | Ravenswood Financial Group LLC | Unsecured | 2,567.12 | 0.00 |
| 9. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 10. | CBA | Unsecured | | No Claim Filed |
| 11. | Trojan Professional | Unsecured | | No Claim Filed |
| 12. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 13. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 38,949.40 | $ 1,006.13 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 17.99 |
| 5.4% | 37.07 |
| | _____ |
| | $ 55.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Davis, Clarence P

Printed: 11/20/07

Case Number: 07 B 00298
Judge: Wedoff, Eugene R
Filed: 1/8/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)